UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| EDWARD P. KAKALIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES GOVERNMENT, and STATE OF HAWAI`I,<br><br>　　　　Defendants. | CIV. NO. 22-00390 LEK-WRP |

**ORDER DISMISSING THE REMAINING CLAIMS IN
PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

Pro se Plaintiff Edward P. Kakalia ("Kakalia") initiated this action on August 31, 2022. See "Plaintiff is Suing the United States Government, and the State of Hawaii, for Fraud and Misrepresentation, 17 CFR 240.15c2; and Haw. Rev. Stat. §663-10.5 Government as Tortfeasor," filed 8/31/22 (dkt. no. 1) ("Complaint"). The Complaint asserts claims against Defendant "United States Government" ("United States") and Defendant State of Hawai`i ("the State"). See Complaint at PageID.1. Kakalia's claims against the State have been dismissed with prejudice. See Order Granting Defendant State of Hawaii's Motion to Dismiss Plaintiff's Complaint Filed August 31, 2022 with Prejudice, filed 2/28/23 (dkt. no. 23). On March 1, 2023, an order to show cause was issued, requiring Kakalia to show cause why his claims against the United States

should not be dismissed, without prejudice, because he has failed to serve the Complaint on the United States ("OSC").  See OSC, filed 3/1/23 (dkt. no. 24), at 1-2.

Kakalia filed his response to the OSC on March 13, 2023 ("Response").  [Dkt. no. 28.]  This Court found that Kakalia's Response did not establish good cause for his failure to serve the Complaint on the United States within ninety days after the Complaint was filed, but this Court, in its discretion, extended the time for him to complete service on the United States to April 6, 2023.  [Minute Order - EO: Court Order Regarding Plaintiff's Response to Order to Show Cause Why Plaintiff's Claims Against Defendant United States Government Should Not Be Dismissed for Failure to Serve; and Order Denying, Without Prejudice, Plaintiff's Motion Filed February 9, 2023, filed 3/23/23 (dkt. no. 31), at PageID.273.]

The deadline was subsequently extended to May 15, 2023.  See Minute Order - EO: Court Order: Denying Plaintiff's "Amendment 5.4.5.4.5 Opportunity for Meaningful Hearing [Fifth Amendment]; Rule 16 Order Out of Control; Inverse Condemnation; Duty to Disclose FRCP Rule 26; Motion to Dismiss Present a Question of Fraud and Concealment"; and Granting Plaintiff a Final Extension of Time to Complete Service on Defendant United States Government, filed 4/14/23 (dkt. no. 35) ("4/14 EO"), at PageID.317.  Kakalia was cautioned that no further extensions of

2

time to complete service would be granted and that, if he failed to file proof of service by May 15, 2023, the Complaint would be dismissed without prejudice. See id. (citing Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court-on motion or on its own after notice to the plaintiff-must dismiss the action without prejudice against that defendant or order that service be made within a specified time.")).

Since the filing of the 4/14 EO, Kakalia has not filed proof that he has complied with the Fed. R. Civ. P. 4(i)(1) requirements for serving a complaint on the United States. Kakalia has been allowed ample time to complete service on the United States, and he was given notice that the Complaint would be dismissed if he failed to file proof of service by May 15, 2023. The remaining claims in Kakalia's Complaint - *i.e.*, his claims against the United States - are therefore DISMISSED WITHOUT PREJUDICE. In other words, Kakalia will not be allowed to pursue his claims against the United States in this action, but the dismissal does not prevent him from asserting his claims against the United States in a new action.

The Clerk's Office is DIRECTED to enter judgment and close the case on **June 1, 2023,** unless Kakalia files a timely motion for reconsideration of this Order.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 17, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**EDWARD P. KAKALIA VS. UNITED STATES GOVERNMENT, ET AL; CV 22-00390 LEK-WRP; ORDER DISMISSING THE REMAINING CLAIMS IN PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**